IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALESSIO TAGLIONI, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 23-cv-85J |
| ) | Magistrate Judge Maureen P. Kelly |
| v. ) | |
| ) | |
| WARDEN LEONARD ODDO; ) | |
| U.S. ATTORNEY FOR THE WESTERN ) | |
| DISTRICT OF PA; *and* UNITED STATES, ) | |
| ) | |
| Respondents. ) | |

### ORDER

AND NOW, this 16th day of November, 2023, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and DECREED that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, ECF No. 1 is CONDITIONALLY GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Petitioner shall be provided a bond hearing before a neutral immigration judge of the Executive Office of Immigration Review on or before Friday, December 15, 2023. If Respondents fail to provide Petitioner with a bond hearing by that date, the writ shall issue, and Petitioner shall be released with conditions of supervision consistent with applicable law.

IT IS FURTHER ORDERED that counsel for the parties shall file notice of the date and time of the bond hearing on the docket in this matter once the hearing is scheduled. The parties further shall notify this Court of the outcome of the hearing within three business days of its completion.

IT IS FURTHER ORDERED that, to the extent that Petitioner seeks any additional relief, the same is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishing to appeal from this Order must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

Dated: November 16, 2023

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record (*via* CM/ECF)